UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs                                                Case No: 03-80065
                                                   Honorable Victoria A. Roberts

HERBERT THRASH,

    Defendant.
_____/

## **ORDER**

        The Court received Mr. Thrash's motion for the Court to reconsider the sentence of 21 months imposed on March 24, 2011 for violating numerous conditions of supervised release. Among the violations are a conviction for another crime and possession of a controlled substance.

        Motions for reconsideration must typically be filed with 10 days of imposition of sentence. This motion was filed on October 14, 2011 and is untimely.

        Even considering it on the merits, the Court believes the sentence was appropriate in light of the violations.

        The motion is **DENIED**.

                                                            /s/ Victoria A. Roberts
                                                            Victoria A. Roberts
                                                            United States District Judge

Dated: October 26, 2011

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 26, 2011.

s/Linda Vertriest
Deputy Clerk